# United States Bankruptcy Court
### Northern District of Georgia

In re  **Kevin M. Sykes**　　　　　　　　　　　　　　　　　　　　Case No.  **08-80782**
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter  **13**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**1. Debtor amends Chapter 13 Plan to reflect correct valuation, to reflect adequate protection payment for 2002 H2 Hummer owed to United Community Bank and to reflect correct attorney fees.
2. Debtor amends Schedules C to reflect correct exemptions.**

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:  1/5/2009

**/s/ Lysander Woods**
**Lysander Woods**
Attorney for Debtor(s)
**Lysander Woods Attorney at Law
P.O. Box 1427
Lilburn, GA 30048-1427
(678) 380 - 5773 Fax:(678) 298 - 9594
lysanderwoods@gmail.com**

B6C (Official Form 6C) (12/07)

In re  **Kevin M. Sykes**                                ,        Case No.  **08-80782**
                           Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> Location: 1267 Tiverton Place, Lawrenceville GA | Ga. Code Ann. § 44-13-100(a)(1) | 10,000.00 | 250,000.00 |
| **Cash on Hand** <br> cash on person | Ga. Code Ann. § 44-13-100(a)(6) | 50.00 | 50.00 |
| **Household Goods and Furnishings** <br> Home furnishinga | Ga. Code Ann. § 44-13-100(a)(4) | 2,500.00 | 2,500.00 |
| **Wearing Apparel** <br> clothing | Ga. Code Ann. § 44-13-100(a)(4) | 500.00 | 500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2002 H2 Hummer | Ga. Code Ann. § 44-13-100(a)(3) | 884.20 | 19,000.00 |
| **Other Personal Property of Any Kind Not Already Listed** <br> personal computer | Ga. Code Ann. § 44-13-100(a)(6) | 150.00 | 150.00 |
|  | Total: | 14,084.20 | 272,200.00 |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

# United States Bankruptcy Court
### Northern District of Georgia

In re   **Kevin M. Sykes**                                                                                           Case No.   **08-80782**
                                             Debtor(s)                                                              Chapter    **13**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __**0**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **1/5/2009**                                    Signature   **/s/ Kevin M. Sykes**
                                                                    **Kevin M. Sykes**
                                                                    Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Georgia

In re **Kevin M. Sykes**　　　　　　　　　　　　　　　　　　　　　　Case No. **08-80782**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on , a copy of **Amended Plan and Schedule C** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Carmen V. Porreca, P.C.**
**Credit One Bank**
**First Premier Bank**
**Household Bank Card Service**
**NCO Financial Systems, Inc.**
**United Community Bank**
**Washington Mutual**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Lysander Woods**
　　　　　　　　　　　　　　　　　　　　　　**Lysander Woods**
　　　　　　　　　　　　　　　　　　　　　　**Lysander Woods Attorney at Law**
　　　　　　　　　　　　　　　　　　　　　　**P.O. Box 1427**
　　　　　　　　　　　　　　　　　　　　　　**Lilburn, GA 30048-1427**
　　　　　　　　　　　　　　　　　　　　　　**(678) 380 - 5773Fax:(678) 298 - 9594**
　　　　　　　　　　　　　　　　　　　　　　**lysanderwoods@gmail.com**

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re **Kevin M. Sykes**, Debtor(s)

Case No. **08-80782**
Chapter **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $250,000.00 | | |
| B - Personal Property | Yes | 3 | $22,200.00 | | |
| C - Property Claimed as Exempt | Yes | 8 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $216,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $2,637.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $2,850.00 |
| TOTAL | | 22 | $272,200.00 | $218,637.14 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re **Kevin M. Sykes**  
Debtor(s)

Case No. **08-80782**  
Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| TOTAL | **$0.00** |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$3,500.00** |
| Average Expenses (from Schedule J, Line 18) | **$2,850.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | **$4,000.00** |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4. Total from Schedule F | | **$2,637.14** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$2,637.14** |