```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION

IN RE: KEVIN M. SYKES,           {   CHAPTER 13
                                 {
                                 {
       DEBTOR(S)                 {   CASE NO. A08-80782MGD
                                 {
                                 {   JUDGE DIEHL
```

**SUPPLEMENTAL OBJECTION TO CONFIRMATION**

COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The proposed plan fails to provide for the treatment of JP Morgan Chase Bank. However, said creditor has filed a secured claim.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

January 20, 2009

```
                          _____/s_____
                          Albert C. Guthrie, Attorney
                          for Chapter 13 Trustee
                          GA Bar No. 142399
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, GA  30303
(404) 525-1110
albertg@atlch13tt.com

```
A08-80782MGD

                    CERTIFICATE OF SERVICE

     This is to certify that I have this day served

DEBTOR(S):

KEVIN M. SYKES
1267 TIVERTON PLACE
LAWRENCEVILLE, GA  30043

ATTORNEY FOR DEBTOR(S):

LYSANDER A. WOODS
LYSANDER WOODS ATTORNEY AT LAW
P.O. BOX 1427
LILBURN, GA 30048-1427

in the foregoing matter with a copy of this pleading by
depositing in the United Sates Mail a copy of same in a properly
addressed envelope with adequate postage thereon.

This 20th day of January 2009



              /s
_____ _____
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, GA  30303
(404) 525-1110
albertg@atlch13tt.com