```
                  UNITED STATES BANKRUPTCY COURT
                  NORTHERN DISTRICT OF GEORGIA
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING**

```
     CASE NO.   A08-80782MGD            MARY GRACE DIEHL, JUDGE
     DEBTOR(S): KEVIN M. SYKES          DATE: JANUARY 27, 2009

          K. EDWARD SAFIR REPORT BACK IN 10 DAYS

          WHETHER DEBTOR'S PLAN PAYMENTS CURRENT.

          THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

          RECOMMENDS AGAINST CONFIRMATION BECAUSE:
          DEBTOR'S PLAN PAYMENTS REMAIN DELINQUENT.
          PLEASE ENTER AN ORDER OF DISMISSAL.



          March 3, 2009



                                           /s
                                  _____
                                  OFFICE OF THE CHAPTER 13 TRUSTEE
                                  K. EDWARD SAFIR, ESQUIRE
                                  STATE BAR NO. 622149
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, GA  30303
(404) 525-1110
eds@atlch13tt.com

A08-80782MGD

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

KEVIN M. SYKES
1267 TIVERTON PLACE
LAWRENCEVILLE, GA   30043

ATTORNEY FOR DEBTOR(S):

LYSANDER A. WOODS
LYSANDER WOODS ATTORNEY AT LAW
P.O. BOX 1427
LILBURN, GA 30048-1427

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 3rd day of March 2009


_____/s_____




Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, GA   30303
(404) 525-1110
eds@atlch13tt.com